IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THOMAS E. CAPERS,      :      PRISONER HABEAS CORPUS
    Petitioner,      :      28 U.S.C. § 2254
                :
    v.      :
                :
STATE OF GEORGIA,      :      CIVIL ACTION NO.
    Respondent.      :      1:18-CV-697-WSD-LTW

## FINAL REPORT AND RECOMMENDATION

      Petitioner is a state prisoner proceeding pro se. Petitioner initiated this action by sending the Court a motion to withdraw guilty plea that appeared to be intended for a state appellate court. (Doc. 1.) It was unclear if Petitioner intended to file an action in this Court and, if so, whether he intended to challenge in federal court his judgment of conviction entered in Chatham County, Georgia. (*See* Doc. 2.)

      The Court thus ordered Petitioner to clarify his intentions. (*Id.*) The Court informed Petitioner that if he wanted to challenge the Chatham County judgment in federal court, he should file in the U.S. District Court for the Southern District of Georgia a petition for a writ of habeas corpus because Chatham County is within that court's jurisdiction. (*Id.*) The Court provided Petitioner a habeas petition form and ordered him, if he wanted to challenge a judgment of conviction entered in the Northern District, to complete and return the form by March 23, 2018. (*Id.*) The

AO 72A
(Rev.8/82)

Court informed Petitioner that this case would be dismissed if he did not file a petition or other response to the Court's Order. (*Id.*)

The Court has not received anything from Petitioner in response to that Order, and the deadline for compliance has expired. Petitioner recently filed a petition for a writ of habeas corpus in the Southern District, and the case docket indicates that he is challenging the Chatham County judgment in the appropriate court. *See* Order, *Capers v. Georgia*, No. 4:18-cv-77-JRH-GRS (S.D. Ga. Apr. 6, 2018) ("It is now apparent that Petitioner is challenging his 2010 convictions in the Superior Court of Chatham County, Georgia . . . .").

Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** to Petitioner's pursuit of his habeas action in the Southern District.

**SO RECOMMENDED** this 27 day of _____April_____, 2018.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

2