# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

THOMAS E. CAPERS,

              Petitioner,

v.                                          1:18-cv-697-WSD

STATE OF GEORGIA,

              Respondent.

## OPINION AND ORDER

This matter is before the Court on Magistrate Judge Linda T. Walker's Final Report and Recommendation [3] ("Final R&R") recommending dismissing this action without prejudice.

On February 15, 2018, Petitioner Thomas E. Capers ("Petitioner"), proceeding *pro se*, filed this action by sending the Court a motion to withdraw his guilty plea that appeared to be intended for a state appellate court. (See generally [1]). On February 22, 2018, because it was unclear if Petitioner intended to file an action in this Court and, if so, whether he intended to challenge in federal court his judgment of conviction in Chatham County, Georgia, the Magistrate Judge ordered Petitioner to clarify his intentions. ([2]). The Magistrate Judge provided Petitioner

a habeas petition form and ordered him, if he wanted to challenge his judgment of conviction, to complete and return the form by March 23, 2018. (Id.). The Magistrate Judge also informed Petitioner that this case would be dismissed if he failed to file a petition or other response. (Id.).

On April 24, 2018, the Magistrate Judge issued the Final R&R, recommending dismissal on the grounds that the Court did not receive anything from Petitioner in response to the Court's March 23, 2018 and the deadline for compliance expired. ([3] at 2). The Magistrate Judge further found that Petitioner recently filed a petition for a writ of habeas corpus in the Southern District, and the case docket indicates that he is challenging his Chatham County judgment in the appropriate court. The parties did not file objections to the Final R&R, and, upon a plain error review, the Court adopts the Magistrate Judge's findings and recommendation. 28 U.S.C. § 636(b)(1); United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), cert. denied, 464 U.S. 1050 (1984).

Accordingly,

**IT IS HEREBY ORDERED** that Magistrate Judge Linda T. Walker's Final Report and Recommendation [3] is **ADOPTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 26th day of June, 2018.

WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE